**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MIRNA DARDER, individually and on behalf of all others similarly situated, | : : : | Case No. 1:22-cv-569 |
| Plaintiff, | : : : : | Judge Gary S. Feinerman |
| v. | : : | |
| HEALTHWORKS AGENCY LLC | : : | |
| Defendant. | : : : | |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

PLAINTIFF,
By his attorney

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

DEFENDANT
By its attorney

*/s/ Timothy A. Hudson*
Timothy A. Hudson
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., Suite 700
Chicago, IL 60604
(312) 762-9450
thudson@tdrlawfirm.com